NO. 28209

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TOUR2000 CO., LTD., a foreign corporation,
Petitioner/Plaintiff-Appellant,

vs.

KOREANA TOUR SERVICE, INC., a Hawai'i
corporation, and TAE SIK HA, Respondents/Defendants/
Cross-Claim Defendants-Appellees; and LEE KIM,
Respondent/Defendant/Cross-Claimant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 03-1-1629)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Plaintiff-Appellant Tour2000 Co., Ltd.'s

application for writ of certiorari, filed on February 11, 2010,

is hereby rejected.

DATED:  Honolulu, Hawai'i, **March 16, 2010**.

FOR THE COURT:

*[signature]*

Associate Justice

Gary Victor Dubin and
Frederick J. Arensmeyer
for petitioner/plaintiff-
appellant on the application

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.